# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO. 3:06-866

RONNIE WATTS

## PLEA

The Defendant, RONNIE WATTS, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

Columbia, South Carolina
March 19, 2008